IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON, WILLIAM MCGLOTHLIN, SHELBY NELSON, GEORGITTA SHAW, JAMIE CARTWRIGHT, and MIKE MUELLER,<br><br>        Defendants. | **8:19CV123**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on its own motion. On April 16, 2020, the court conducted an initial review of Plaintiff Eric M. Robinson's ("Robinson") Complaint and determined that it failed to state a claim upon which relief may be granted. ([Filing No. 8](#).) The court gave Robinson until May 18, 2020, to file an amended complaint and to update his address with the court as the court had received notice that he was no longer incarcerated at the Lancaster County Department of Corrections. On May 11, 2020, Robinson gave notice of his current address in one of his other pending cases (*see* [filing no. 27](#), Case No. 8:19CV43), but has not taken any action in the pending case.

      Out of an abundance of caution, the court will direct the clerk of the court to update Robinson's address on the docket sheet to the same address he provided in 8:19CV43 and provide him with a copy of the court's previous Memorandum and Order on initial review. Robinson shall have 30 days to file an amended complaint in accordance with the court's April 16, 2020 Memorandum and Order. Failure to do so will result in dismissal of this matter without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **June 29, 2020**, to file an amended complaint in accordance with the court's April 16, 2020 Memorandum and Order ([filing no. 8](#)). Failure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff.

2. The clerk of the court is directed to update Plaintiff's address to the address provided by Plaintiff in Case No. 8:19CV43. The clerk of the court is further directed to send a copy of the court's April 16, 2020 Memorandum and Order ([filing no. 8](#)) to the updated address.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 29, 2020**: check for amended complaint.

Dated this 29th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2