IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>BRAD JOHNSON, WILLIAM MCGLOTHLIN, SHELBY NELSON, GEORGITTA SHAW, JAMIE CARTWRIGHT, and MIKE MUELLER,<br><br>            Defendants. | **8:19CV123**<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the court on its own motion. On May 29, 2020, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing 13.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

       IT IS THEREFORE ORDERED that:

       1.    Plaintiff must update his address by **June 29, 2020**. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

       2.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 29, 2020**: check for address.

Dated this 18th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge